■ In the Matter of LYNN ALICE CHAN BELARREM, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. [931 NYS2d 878]—

Petitioner failed to establish that she lived in the subject apartment with her parents for at least two years before their deaths (*see* 9 NYCRR 1727-8.2 [a] [1]). To the contrary, the evidence showed that petitioner's parents lived in an apartment in another building during that time. Petitioner's claim that the two nonadjacent apartments should have been considered a single primary residence is also unsupported, since there is no evidence that her parents maintained the subject apartment as an extension of their residence in the other building (*see Sharp v Melendez*, 139 AD2d 262 [1988], *lv denied* 73 NY2d 707 [1989]). Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.